THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DERMATOLOGY AND MEDSPA, INC., a Delaware Corporation, | : : : | C.A. No.: 1:17-cv-00917-VAC-SRF |
| Plaintiff, | : : | |
| v. | : : | |
| R.F. PALESTINE, M.D., P.A., et. al. | : : | |
| Defendants. | : | |

## JOINT NOTICE OF SETTLEMENT
## IN PRINCIPLE AND REQUEST FOR STAY

Plaintiff Dermatology and MedSpa, Inc. and Defendants R.F. Palestine, M.D., P.A. and Roberta F. Palestine, M.D. jointly notify the Court that they have reached a settlement in principle of the matters in dispute and are currently in the process of finalizing the settlement documents. The parties expect that appropriate dismissal papers will be forthcoming.

In order to conserve judicial resources and those of the parties while preparing the settlement and dismissal documents, the parties respectfully request that all deadlines be stayed pending the submission of the parties' dismissal documents. If the parties have not completed final settlement negotiations by October 6, 2017, the parties will file a joint status update with the Court, along with a new proposed schedule, if necessary.

2

| REGER RIZZO & DARNALL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Louis J. Rizzo, Jr.* <br> Louis J. Rizzo, Jr., (#3374) <br> Brandywine Plaza East <br> 1523 Concord Pike, Suite 200 <br> Wilmington, DE  19803 <br> Phone: (302) 477-7100 <br> Email: lrizzo@regerlaw.com <br> *Attorney for Defendants* | */s/ John P. DiTomo* <br> Eric S. Klinger-Wilensky (#4774) <br> John P. DiTomo (#4850) <br> Nathan P. Emeritz (#5332) <br> 1201 N. Market Street <br> Wilmington, DE 19801 <br> Phone: (302) 658-9200 <br> ekwilensky@mnat.com <br> jditomo@mnat.com <br> nemeritz@mnat.com <br> *Attorneys for Plaintiff* |